IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Allied Van Lines, Inc., a Delaware corporation, | ) ) ) ) Case No. 1:17-cv-08021 ) ) Judge Charles P. Kocoras ) Magistrate Judge Cox ) ) ) ) |
| Plaintiff, | |
| v. | |
| iMove, Inc., a New York corporation | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

In accordance with this Court's January 29, 2018 Order, ordering that Plaintiff Allied Van Lines, Inc. ("ALLIED") is entitled to attorney's fees pursuant to 15 U.S.C. Section 1117(a) and 815 Ill. Comp. Stat. Sectio 510/3, Allied submits this Motion for Attorneys' Fees and Costs against Defendant iMove, Inc. ("Defendant"):

## BACKGROUND

On January 29, 2018, the Honorable Charles P. Kocoras entered default judgment against Defendant and ordered that ALLIED is entitled to it's reasonable attorneys' fees for prosecuting this action. The Court granted ALLIED twenty-one days to submit its Motion for Attorneys' Fees setting the specifics of fees sought.

## PROCEDURAL HISTORY

This is a civil action arising under the United States Trademark Act of 1946, as amended, 15 U.S.C. § 1051, *et seq*. ("Lanham Act") for trademark infringement, false advertising, false designation of origin, unfair competition; cybersquatting under the Anticybersquatting

Consumer Protection Act ("ACPA"), 15 U.S.C. § 1125 *et seq.,* and common law unfair competition. Docket 1; Complaint ¶ 1.

Defendant was properly served with the summons and complaint in this matter on November 20 2017. Proof of service was filed with the Court, and Defendant's responsive pleading was due on December 7, 2017. *See* Docket No. 8. The Court permitted an extension of time for Defendant to answer or otherwise plead by January 8, 2018. See Docket No. 10. No responsive pleading was filed. *See* Docket generally.

On January 11, 2018, the Honorable Charles P. Kocoras entered default against Defendant in accordance with Rule 55(a) of the Federal Rules of Civil Procedure. Docket No. 11. Default judgment in the amount of $2.2M plus injunctive relief and attorney's fees followed. *Id.*

## ATTORNEYS' FEES AND COSTS SHOULD BE GRANTED IN THE AMOUNT OF $17,396.68

ALLIED seeks only those fees and costs actually expended in the prosecution of this action, which total $16,760.00 for 41.9 hours of partner attorney time and costs in the amount of $636.68 for filing fees for a total of **$17,396.68**. The time expended on this matter and hourly rates for the experience of the attorneys was reasonable. *See* Exhibit 1, Declaration of Mary A. Smigielski.

Defendant Allied was billed at the reduced hourly rate of $400/hour for all time on this matter. Attorneys Mary Smigielski and Bryan Sugar worked on the case. Ms. Smigielski's standard hourly rate is $650/hour. Mr. Sugar's standard hourly rate is $650/hour. Mr. Sugar is a 2001 graduate of the Chicago Kent College of Law and co-chair of the national Intellectual Property and Technology Practice. Ms. Smigielski a 1993 graduate of the University of San Diego School of Law, and member of the national Intellectual Property and Technology Practice.

The amount of time spent herein was reasonable and the rates billed in accordance with the market for legal services in Chicago. The time included, but is not limited to, investigation, drafting the complaint, service of process, attempts to reach Defendant, the Motion for Default, the Motion for Entry of Default Judgment and related court appearances. The services performed and number of hours spent are reasonable considering the nature of services and result achieved. *Id.* Should the Court require detail in addition to that provided in Exhibit 1, counsel will provide that.

## CONCLUSION

ALLIED respectfully requests that the Court order Defendant to pay **$17,396.68** for the reasonable attorneys fees and costs expended in this action in a cashier's check made payable to Allied Van Lines, Inc. and sent to counsel for Allied at the address below within thirty (30) days of the Court's Order, plus statutory interest if not paid within thirty (30) days, and such other relief as is just and proper.

Dated: February 15, 2018

Respectfully submitted,

/s/Bryan P. Sugar
Bryan P. Sugar
Mary A. Smigielski
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
550 West Adams Street, Suite 300
Chicago, IL 60661
Telephone: 312-345-1718
**Attorney for Plaintiff Allied Van Lines, Inc.**